# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRESNO TRUCK CENTER,

    Plaintiff,

v.

PERFORMANCE TRUCK LEASING LLC, *et al*.,

    Defendants.

Case No. 2:13-cv-00115-LDG (NJK)

**ORDER**

    The plaintiff, Fresno Truck Center, moves to amend (#21) its complaint. None of the defendants has opposed the motion. In so moving, the plaintiff indicates that defendant Michael Frye has filed a petition for bankruptcy, and therefore this action is stayed as to him. Therefore, for good cause shown,

    THE COURT **ORDERS** that Plaintiff's Motion to Amend Complaint (#21) is GRANTED; The Clerk of the Court shall file the proposed Amended Complaint, attached as Exhibit A to Plaintiff's Motion;

    THE COURT FURTHER **ORDERS** that this matter is stayed as to Defendant Michael Frye pending the disposition of his petition for bankruptcy;

THE COURT FURTHER **ORDERS** that the Court DECLINES to adopt the Report and Recommendation (#20), as the grant of Plaintiff's Motion to Amend the Complaint renders moot the Report and Recommendation.

DATED this 28 day of March, 2014.

Lloyd D. George
United States District Judge