# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRESNO TRUCK CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>PERFORMANCE TRUCK LEASING LLC, *et al.*,<br><br>    Defendants. | Case No. 2:13-cv-00115-LDG (NJK)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff Fresno Truck Center's Motion for Default Judgment (#60) against Derrick Stewart is GRANTED.

DATED this ___6___ day of April, 2015.

_____
Lloyd D. George
United States District Judge