# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRESNO TRUCK CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>PERFORMANCE TRUCK LEASING LLC, *et al*.,<br><br>    Defendants. | Case No. 2:13-cv-00115-LDG (NJK)<br><br>**DEFAULT JUDGMENT** |

    The Court having granted Fresno Truck Center's Motion for Default Judgment against defendant Derrick Stewart, therefore,

    THE COURT **ORDERS and ADJUDGES** that Plaintiff Fresno Truck Center recover from defendant Derrick Stewart the amount of $2,030,481.71, jointly and severally.

DATED this ___6___ day of April, 2015.

_____
Lloyd D. George
United States District Judge