# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRESNO TRUCK CENTER,

    Plaintiff,

v.

PERFORMANCE TRUCK LEASING LLC, *et al.*,

    Defendants.

Case No. 2:13-cv-00115-LDG (NJK)

**DEFAULT JUDGMENT**

The Court having granted Fresno Truck Center's Motion for Default Judgment against defendants Performance Truck Leasing, LLC., Performance Ready Mix, LLC, and Performance Investments, LLC, therefore,

THE COURT **ORDERS and ADJUDGES** that Plaintiff Fresno Truck Center recover from defendants Performance Truck Leasing, LLC., Performance Ready Mix, LLC, and Performance Investments, LLC, the amount of $2,030,481.71, jointly and severally.

DATED this 6 day of April, 2015.

Lloyd D. George
United States District Judge